## SYNOPSIS – INDICTMENT

| | | |
|---|---|---|
| **Name:** | Noah Sibole-Little | |
| **Address:** (City & State Only) | Bath, ME | |
| **Year of Birth and Age:** | 1996 (28 years old) | |
| **Violations:** | Count 1: | Felon in Possession of Firearm 18 U.S.C. § 922(g)(1) |
| **Penalties:** | Count 1: | Class C Felony. Not more than 15 years imprisonment and/or not more than a $250,000 fine. 18 U.S.C. § 924(a)(8) |
| **Supervised Release:** | Count 1: | Not more than 3 years. 18 U.S.C. § 3583(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Count 1: | Not more than 2 years. 18 U.S.C. §3583(e)(3). |
| **Maximum Additional Term of Supervised Release for Violation of Supervised Release:** | Count 1: | Not more than 3 years, less the term of imprisonment imposed for revocation. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | To be appointed | |
| **Primary Investigative Agency and Case Agent Name:** | ATF Special Agent Patrick Crogan | |
| **Detention Status:** | Detained at the state | |
| **Foreign National:** | No | |
| **Foreign Consular Notification Provided:** | N/A | |
| **County:** | Sagadahoc | |
| **AUSA:** | Peter I. Brostowin | |
| **Guidelines apply?  Y/N** | Yes | |
| **Victim Case:** | No | |

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2025 FEB -5 P 5:24

DEPUTY CLERK

| | |
|---|---|
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | $100 per count. |